UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| T. ROWE PRICE GROWTH STOCK FUND, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO,<br><br>Defendants. | Civil Action No. 16-CV-5034-MAS-LHG |
| EQUITY TRUSTEES LIMITED AS RESPONSIBLE ENTITY FOR T. ROWE PRICE GLOBAL EQUITY FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO,<br><br>Defendants. | Civil Action No. 16-CV-6127-MAS-LHG |

1

05/12/2017 6:46 PM

| | |
|---|---|
| PRINCIPAL FUNDS, INC. and PRINCIPAL VARIABLE CONTRACTS FUNDS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO, <br><br> Defendants. | Civil Action No. 16-CV-6128-MAS-LHG |
| BLOOMBERGSEN PARTNERS FUND LP and BLOOMBERGSEN MASTER FUND LP, <br><br> Plaintiffs, <br><br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO, <br><br> Defendants. | Civil Action No. 16-CV-7212-MAS-LHG |

## STIPULATION AND [PROPOSED] SCHEDULING ORDER

This Stipulation is entered into between plaintiffs in the above-captioned actions (collectively, "Plaintiffs") and Defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, Deborah Jorn, Ari S. Kellen, and Tanya Carro (collectively, "Defendants," and together with Plaintiffs, the "Parties").

2

WHEREAS, on August 15, 2016, September 26, 2016, September 27, 2016, and October 13, 2016 Plaintiffs filed complaints against Defendants alleging claims under the federal securities laws (the "Individual Action Complaints");

WHEREAS, on June 24, 2016 Lead Plaintiff TIAA and Plaintiff City of Tucson in the related class action, *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, Civil Action No. 3:15-cv-7658-MAS-LHG, filed its consolidated putative class action complaint against the Defendants, also asserting federal securities claims (the "Class Action Complaint"); and

WHEREAS, Defendants filed motions to dismiss the Class Action Complaint on September 13, 2016; and

WHEREAS, on September 15, 2016, October 14, 2016, October 21, 2016, and November 18, 2016 the Court entered Orders staying Defendants' time to respond to the Individual Action Complaints pending the Court's decision on Defendants' motions to dismiss the Class Action Complaint, and requiring the Parties to meet and confer and propose a schedule for further proceedings within fourteen (14) days after issuance of an order resolving Defendants' motions to dismiss the Class Action Complaint (the "Stay Orders"); and

WHEREAS, the Court issued an order resolving Defendants' motions to dismiss the Class Action Complaint on April 28, 2017; and

WHEREAS, the Parties met and conferred in accordance with the Court's instructions in the Stay Orders:

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, as follows:

05/12/2017 6:46 PM

1. Defendants will have until June 16, 2017 to answer, move to dismiss, or otherwise respond to the Individual Action Complaints;

2. In the event any of the Defendants move to dismiss any of the Individual Action Complaints, Plaintiffs will then have until July 28, 2017 to oppose any such motion to dismiss and the movants/Defendants will then have until August 25, 2017 to file any replies in support of their motion(s) to dismiss.

DATED: May 12, 2017

So Ordered this ___ day of ___, 2017

| | |
|---|---|
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. | McCARTER & ENGLISH LLP |
| /s/ James E. Cecchi<br>JAMES E. CECCHI | /s/ Richard Hernandez<br>RICHARD HERNANDEZ |
| 5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: (973) 994-1700<br>Fax: (973) 994-1744<br>jcecchi@carellabyrne.com | 100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 848-8615<br>(973) 297-6615 (fax) |
| *Local Counsel for Plaintiffs* | *Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari S. Kellen* |
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br><br>BLAIR A. NICHOLAS<br>JONATHAN D. USLANER<br>David Kaplan<br>12481 High Bluff Drive, Suite 300<br>San Diego, California 92130<br><br>*Counsel for Plaintiffs* | SIMPSON THACHER & BARTLETT LLP<br>PAUL C. CURNIN (admitted *pro hac vice*)<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>Fax: (212) 455-2502<br><br>*Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari S. Kellen* |

4

DEBEVOISE & PLIMPTON LLP

s/ Holly Wintermute
HOLLY WINTERMUTE
BRUCE E. YANNETT (admitted *pro hac vice*)

919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

-and-

JONATHAN R. TUTTLE (admitted *pro hac vice*)
ADA FERNANDEZ JOHNSON (admitted *pro hac vice*)
801 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 383-8036
Fax: (202) 383-8118

*Counsel for Defendant J. Michael Pearson*


SCHULTE ROTH & ZABEL LLP

/s/ Cara David
CARA DAVID
BARRY A. BOHRER
MICHAEL L. YAEGER

919 Third Avenue
New York, NY 10022
(212) 756-2000
Cara.david@srz.com
*Counsel for Defendant Debora Jorn*

McCARTER & ENGLISH LLP

s/ Richard Hernandez
RICHARD HERNANDEZ

100 Mulberry Street
Newark, NJ 07102
Telephone: 973/848-8615
Fax: 973/297-6615

*Local counsel for Tanya Carro*

COOLEY LLP
WILLIAM J SCHWARTZ
LAURA GROSSFIELD BIRGER
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro*

WINSTON & STRAWN LLP

/s/ James S. Richter
JAMES S. RICHTER

MELISSA STEEDLE BOGAD
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
Telephone: (973) 848-7645
Facsimile: (973) 848-7650

-and-

ROBERT Y. SPERLING
JOSEPH L. MOTTO
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600

*Counsel for Howard B. Schiller*